FILED

DEC 17 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CITY OF LOS ANGELES, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> WILLIAM P. BARR, Attorney General; et al., <br><br> Defendants-Appellants. | No. 18-55599 <br><br> D.C. No. 2:17-cv-07215-R-JC <br> Central District of California, <br> Los Angeles <br><br> ORDER |

Before: WARDLAW, BYBEE, and IKUTA, Circuit Judges.

A majority of the judges on the panel has voted to deny appellee's petition for rehearing, filed August 2, 2019. Judge Wardlaw voted to grant the petition for rehearing and rehearing en banc. The petition for rehearing en banc was circulated to the judges of the court, and no judge requested a vote for en banc consideration.

The petition for rehearing and petition for rehearing en banc are DENIED.

The mandate shall issue forthwith.